ENTERED ON DOCKET

4/14/11

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| GABRIEL GARZA, MARIA GARZA, | ) | CASE NO. 10-25494-REB |
| | ) | |
| Debtor(s). | ) | |
| | ) | |
| ─────────────────────── | ) | ─────────────────────── |
| | ) | |
| U.S. BANK, N.A., ITS | ) | CONTESTED MATTER |
| ASSIGNS AND/OR SUCCESSORS | ) | |
| IN INTEREST, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| GABRIEL GARZA, MARIA GARZA, | ) | |
| and BRADLEY J. PATTEN, as | ) | |
| Trustee, | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

This matter arose upon the Motion for Relief From Stay of 11 U.S.C. § 362 filed by Movant, who contends it is the holder of a Deed to Secure Debt (hereinafter referred to as the "Security Deed"), encumbering certain property known as 254 Ayers Road, Mount Airy, GA. 30563, as more particularly described in Exhibit "A" attached to the Motion (hereinafter referred to as the "Property"). Hearing before this Court was set for 4/13/2011, upon Notice of Assignment of Hearing to each of the above-captioned parties in interest. No opposition was presented by Debtor, Debtor's counsel, or Trustee; accordingly, it is hereby

ORDERED that the automatic stay of 11 U.S.C. Section 362 is modified to allow Movant, its successors and assigns, to commence

foreclosure proceeding against the Property pursuant to applicable state law, and to assert any or all of its respective rights under applicable state law as to the collateral. It is further

ORDERED that all foreclosure sale proceeds which exceed Movant's lawful debt shall be paid to the Trustee promptly.

A copy of this Order shall be mailed to the individuals identified on the Distribution List attached hereto. It is

FURTHER ORDERED that relief granted herein shall not be stayed by BR 4001(a)(3).

IT IS SO ORDERED, this the 13T day of Apr. , 2011.

_____
ROBERT E. BRIZENDINE
UNITED STATES BANKRUPTCY JUDGE

PRESENTED BY:

LEVINE, BLOCK & STRICKLAND, LLP

BY: /s/Ronald A. Levine
Ronald A. Levine, Esq.
(GA Bar No. 448736)
Attorneys for Movant
780 Johnson Ferry Road
Suite 240
Atlanta, GA  30342
(404) 231-4567

**Barrett, Daffin & Frappier, LLP**
15000 Surveyor Boulevard
Suite 100
Addison, Texas 75001

**PARTIES TO BE SERVED**

Gabriel Garza
Maria Garza
POB 1107
Cornelia, Georgia 30531

W. Ross McConnell, Esquire
W. Ross McConnell & Associates
1079 South Main Street
P.O. Box 170
Cornelia, Georgia 30531

Bradley J. Patten, Esq.
Smith, Gilliam and Williams, P.A.
P.O. Box 1098
301 Green Street
Suite 200
Gainesville, GA 30503

Ronald A. Levine, Esq.
Levine, Block & Strickland, LLP.
780 Johnson Ferry Road
Suite 240
Atlanta, GA   30342